

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2014

No. 04-14-00503-CR

Oscar Mario **NAVARRO** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-07-13541-CR
Honorable Richard C. Terrell, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 30, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2014.

_____
Keith E. Hottle, Clerk